PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mike Castro  Cr.: 14-00115-001
  PACTS #: 67953

Name of Sentencing Judicial Officer:  THE HONORABLE ESTHER SALAS
  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/20/2014

Original Offense: Importation of Cocaine

Original Sentence: 30 months imprisonment, 2 years supervised release, $100 special assessment

Special Conditions: Alcohol and Drug Testing/Treatment, DNA Testing

Type of Supervision: Supervised Release        Date Supervision Commenced: 12/23/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On February 27, 2018, Castro was arrested by the Garfield Police Department and charged possession of marijuana (under 50 grams). Following a traffic stop for tinted windows, police observed a small amount of marijuana in the driver's side door. Castro claimed he was borrowing his cousin's vehicle and denied knowing drugs were in the vehicle prior to operating it.

A court date has been scheduled for May 8, 2018 at the Garfield Municipal Court.

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts with the offender. Since his arrest, our office conducted an adjustment session with Castro and urine tested him on several occasions with negative results. Castro remains gainfully employed and maintains a positive relationship with his girlfriend and newborn child. Our office recommends withholding Court action at this time. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Anthony J Nisi
U.S. Probation Officer
Date: 04/25/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

_____
April 28, 2018
Date